a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JACOB ARDOIN #596648,<br>Plaintiff | CIVIL DOCKET NO. 1:20-CV-01440<br>SEC P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| JOHN DOE ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## REPORT AND RECOMMENDATION

Before the Court is a civil rights Complaint under 42 U.S.C. § 1983 (ECF No. 1) filed by *pro se* Plaintiff Jacob Ardoin ("Ardoin"). Ardoin is an inmate in the custody of the Louisiana Department of Corrections incarcerated at the Raymond Laborde Correctional Center ("RLCC") in Cottonport, Louisiana. Ardoin claims that his constitutional rights were violated by the Sheriff, RLCC Warden, Shift Supervisor Overby, Deputy Tim, and the Avoyelles Parish Police Jury.

Because Ardoin has failed to comply with the Court's Order to amend, the Complaint should be DISMISSED WITHOUT PREJUDICE.

I.  **Background**

Ardoin alleges that he was attacked by two pre-trial detainees while sleeping in his assigned bed at RLCC. The inmates "brutally and repeatedly" beat Ardoin and stabbed him with "free world knives," according to the Complaint. ECF No. 1 at 5. Defendant Deputy Tim was assigned as supervisor of Ardoin's dorm. Ardoin alleges that Deputy Tim left his assigned area inside of the control booth. ECF No. 1 at 7.

According to Ardoin, Deputy Tim stood in the hallway while Ardoin was "hollering and screaming" for the 45-minute duration of his attack. ECF No. 1 at 7.

Ardoin alleges that the Sheriff and Warden have a policy or practice of failing to conduct "frequent and unannounced shakedown[s] for contraband." ECF No. 1 at 6. He also alleges that the Sheriff and Warden failed to properly train Deputy Tim to not leave his assigned area in the control booth. *Id.*

Ardoin alleges that he received no medical or psychiatric treatment upon his release from the hospital and return to RLCC. ECF No. 1 at 6.

Ardoin was ordered to amend his Complaint to allege how often shakedowns are conducted; by whom; and whether there is a policy regarding their frequency. ECF No. 7. Ardoin was instructed to state whether he had any prior issues with the two inmates that attacked him and whether he notified Defendants. It was further ordered that Ardoin allege facts to support his failure-to-train and medical care claims. ECF No. 7. Ardoin was to file an Amended Complaint by March 8, 2021.

## II.   Law and Analysis

A district court may dismiss an action for the plaintiff's failure to prosecute or to comply with any order. Fed. R. Civ. P. 41(b). A court possesses the inherent authority to dismiss the action *sua sponte*. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* at 629-30.

To date, Ardoin has failed to comply with the Court's Order to amend his Complaint, and he has not requested an extension of time within which to comply.

### III. Conclusion

Because Ardoin has failed to comply with the Court's Order (ECF No. 7), IT IS RECOMMENDED that the Complaint (ECF No. 1) be DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure.

Under 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b). A party may also respond to another party's objections to this Report and Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause. A party's failure to timely file written objections to this Report and Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

SIGNED on Wednesday, March 31, 2021.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE