UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JACOB ARDOIN #596648,<br>Plaintiff | CIVIL DOCKET NO. 1:20-CV-01440-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| JOHN DOE, ET AL,<br>Defendants | MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 8], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's civil rights Complaint [ECF No. 1] is DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure.

THUS, DONE AND SIGNED in Chambers on this 20th day of April 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE